■ HSBC Mortgage Corporation (USA), Respondent, v Albert Packu, Also Known as Albert Pacuku, Appellant, et al., Defendants. [938 NYS2d 910]

The contentions that the appellant raises on this appeal either are not properly before this Court (*see* CPLR 5511; *New*

*York Community Bank v Vermonty*, 89 AD3d 905, 906 [2011]), or are without merit (*cf. Aames Funding Corp. v Houston*, 85 AD3d 1070 [2011]). Balkin, J.P., Eng, Hall and Sgroi, JJ., concur.